

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-25-00420-CV

| | | |
|---|---|---|
| IN THE INTEREST OF G.K., A CHILD | § | On Appeal from the 231st District Court |
| | § | of Tarrant County (231-650555-18) |
| | § | December 11, 2025 |
| | § | Memorandum Opinion by Justice Womack |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and the case is remanded to the trial court for further proceedings consistent with our opinion.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
Justice Dana Womack